1   MENNEMEIER, GLASSMAN & STROUD LLP
    KENNETH C. MENNEMEIER (SBN 113973)
2   STEPHEN LAU (SBN 221051)
    980 9th Street, Suite 1700
3   Sacramento, CA 95814
    Telephone: (916) 553-4000
4   Facsimile: (916) 553-4011
    E-mail: kcm@mgslaw.com
5
    Attorneys for Defendants
6   John Mayo, Cadela Steel, Inc., and The
    Spectrus Group, Inc.
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CANAM STEEL CORPORATION, a            )  CASE NO: 09-CV-00672 MCE KJM
    Delaware corporation, for itself and  )
12  derivatively for JD2, Inc.,           )  **ORDER GRANTING EX PARTE**
                                          )  **APPLICATION OF DEFENDANTS JOHN**
13              Plaintiff,                )  **MAYO, CADELA STEEL INC., AND THE**
                                          )  **SPECTRUS GROUP, INC. TO EXTEND**
14  v.                                    )  **TIME TO FILE APPLICATION FOR**
                                          )  **ORDER REQUIRING PLAINTIFF TO**
15  JOHN MAYO, an individual; CADELA      )  **POST A BOND**
    STEEL, INC., a California corporation; JD2,)
16  INC., a California corporation; and THE )
    SPECTRUS GROUP, INC., a California    )
17  corporation,                          )
                                          )
18              Defendants.               )
                                          )
19  _____)

20          The Court, having reviewed the ex parte application of defendants John Mayo,

21  Cadela Steel, Inc., and The Spectrus Group, Inc. for an order extending the time within which to

22  file a motion to compel the posting of a bond pursuant to Corporations Code section 800(c), and

23  good cause appearing:

24  / / /

25  / / /

26  / / /

27

28  09cv0672.o.0428.wpd                           1

1.   The application is GRANTED;

2.   Time is hereby extended until June 15, 2009 for any motion to compel the

plaintiff to file a bond pursuant to Corporations Code section 800(c).

IT IS SO ORDERED.

Dated:  April 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME
TO FILE APPLICATION FOR ORDER REQUIRING PLAINTIFF TO POST A BOND