Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
813 F Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
E-mail: mserlin@globelaw.com

Attorneys for Defendant
JD2, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANAM STEEL CORPORATION, a Delaware corporation, for itself and derivatively for JD2, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN MAYO, an individual; CADELA STEEL, INC., a California corporation; JD2, INC., a California corporation; and THE SPECTRUS GROUP, INC., a California corporation,<br><br>    Defendants.<br>_____ | CASE NO. 2:09-cv-00672-MCE-KJM<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER EXTENDING TIME WITHIN WHICH TO FILE MOTION FOR BOND UNDER CALIFORNIA CORPORATIONS CODE SECTION 800(c)** |

The Court, having reviewed the ex parte application of JD2, Inc. for an order extending the time within which to file a motion to compel the posting of a bond pursuant to Corporations Code section 800(c), and good cause appearing,

///

///

///

///

---

ORDER

1

*Canam Steel Corporation v. John Mayo, et al.*
Case Number 2:09-cv-00672

IT IS HEREBY ORDERED:

1. The application is GRANTED.

2. Time is hereby extended until June 15, 2009 for any motion to compel the plaintiff to file a bond pursuant to Corporations Code Section 800(c).

Dated: May 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE