UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CANAM STEEL CORPORATION,

        Plaintiff,

   v.

JOHN MAYO, et al.,

        Defendant.

NO. 2:09-cv-00672-MCE-KJM

MEMORANDUM AND ORDER

----oo0oo----

On August 28, 2009, this Court electronically filed a Memorandum and Order (Docket No. 42) in the above-entitled action. The Court now orders, *nunc pro tunc,* that the sentence beginning on Page 7, line 3, and continuing to Page 7, line 4, is amended to read as follows: "For the reasons just stated, Defendants' Motion for Partial Judgment on the Pleadings is GRANTED with leave to amend."

IT IS SO ORDERED.

Dated: September 1, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1