1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  STEPHEN LAU (SBN 221051)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:  (916) 553-4000
4  Facsimile:   (916) 553-4011
   E-mail: slau@mgslaw.com

   Attorneys for Defendants
6  John Mayo, Cadela Steel, Inc., and The
   Spectrus Group, Inc.

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CANAM STEEL CORPORATION, a          )   CASE NO: 09-CV-00672 MCE KJM
   Delaware corporation, for itself and )
11 derivatively for JD2, Inc.,          )   **STIPULATION TO EXTEND DISCOVERY**
                                        )   **RESPONSE DEADLINES; ORDER**
12             Plaintiff,               )   **THEREON**
                                        )
13 v.                                   )
                                        )
14 JOHN MAYO, et al.,                   )
                                        )
15             Defendants.              )
   _____)
16                                      )
   AND RELATED CROSS-ACTION             )
17 _____)

18 / / /

19 / / /

---

STIP. TO EXTEND DISCOVERY RESPONSE DEADLINES; ORDER – Case No. 09-CV-00672 MCE KJM         1

By and through their counsel of record, the parties stipulate and agree as follows:

**Recitals**

A.  On July 15, 2009, the Court issued a "Pretrial Scheduling Order" (Docket No. 35), which sets the discovery cutoff as August 13, 2010;

B.  On August 21, 2009, plaintiff served written discovery (interrogatories and document requests) on each of the defendants by mail, making the response date for such discovery September 23, 2009;

C.  On September 18, 2009, defendant JD2, Inc. served written discovery (interrogatories, document requests, and requests for admissions) on plaintiff by mail, making the response date for such discovery October 21, 2009;

D.  On or about September 22, 2009, plaintiff granted defendants John Mayo, Cadela Steel, Inc. and The Spectrus Group an extension of time to and including October 5, 2009 to respond to plaintiff's discovery requests;

E.  On or about September 23, 2009, plaintiff granted defendant JD2, Inc. an extension of time to and including October 5, 2009 to respond to plaintiff's discovery requests;

F.  The parties recently agreed to mediate this matter before the Honorable Cecily Bond (ret.), and scheduled the mediation for October 30, 2009;

G.  The parties wish to spare themselves and each other from the burden and expense of responding to discovery that might become moot if the mediation is successful;

H.  At the same time, each of the parties recognizes that each of the other parties may need access to certain information in order to evaluate various issues and the case sufficiently to participate in mediation in an informed manner.

**Stipulation**

In light of the foregoing recitals, the parties agree as follows:

1.  The deadline for all defendants to respond to the aforementioned discovery shall be extended by sixty-one (61) days from September 23, 2009, the date responses were originally due, making such responses due on or before November 23, 2009;

2. The deadline for plaintiff to respond to the aforementioned discovery shall be extended by sixty-one (61) days from October 21, 2009, the date responses were originally due, making such responses due on or before December 21, 2009;

3. The corporate defendants agree that they will make their financial books and records reasonably available to plaintiff and plaintiff's agents, particularly for the purpose of providing plaintiff information that plaintiff reasonably believes is necessary to help plaintiff prepare for mediation;

4. This stipulation is without prejudice to any privileges or objections that any of the parties might otherwise assert in response to any of the aforementioned discovery.

Dated: October 1, 2009               MENNEMEIER, GLASSMAN & STROUD LLP
                                     KENNETH C. MENNEMEIER
                                     STEPHEN LAU


                              By:    /s/ Kenneth C. Mennemeier
                                     Kenneth C. Mennemeier, Attorneys for Defendants
                                     John Mayo, Cadela Steel, Inc., and The Spectrus
                                     Group, Inc.

Dated: September 30, 2009            PHILLIPS, ERLEWINE & GIVEN LLP
                                     NICOLAS A. CARLIN
                                     DAVID M. GIVEN
                                     FEATHER D. BARON


                              By:    /s/ David M. Given
                                     David M. Given, Attorneys for Plaintiff/Cross-
                                     Defendant

1 | Dated: September 30, 2009                SERLIN & WHITEFORD, LLP

By:   /s/ Mark A. Serlin
      Mark A. Serlin, Attorneys for Defendant/Cross-Complainant JD2, Inc.

**ORDER UPON THE PARTIES' STIPULATION**

It is so ordered.

Dated:  October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE