1  DAVID M. GIVEN (State Bar No. 142375)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 | CANAM STEEL CORPORATION, a ) CASE NO. 2:09-cv-00672-MCE-KJM
   | Delaware corporation, for itself and )
   | derivatively for JD2, Inc., )
13 | ) NOTICE OF SETTLEMENT;
   | Plaintiff, ) ORDER
14 | )
   | v. )
15 | ) Action Filed: March 11, 2009
   | JOHN MAYO, an individual; CADELA )
16 | STEEL, INC., a California corporation; )
   | JD2, INC., a California corporation; and )
17 | THE SPECTRUS GROUP, INC., )
   | )
18 | Defendants. )
   | _____ )
19 | )
   | )
20 | AND RELATED CROSS-ACTON )
   | _____ )
21

22
                        NOTICE OF SETTLEMENT
23
       Pursuant to Local Rule 16-160(a), the undersigned, being counsel of record for the
24
respective parties in this action, hereby notify the Court that the parties have reached a
25
binding settlement in mediation of this action and are in the process of preparing
26
settlement documentation.  The undersigned therefore request that the Court vacate all
27
future calendar dates, which include Motions for Judgment on the Pleadings filed by both
28
parties (Docket Nos. 52 and 53) set for hearing on November 12, 2009.

NTC. OF SETTLEMENT – Case No. 2:09-cv-00672-MCE-KJM

Pursuant to Local Rule 16-160(b), the undersigned further request that the Court extend the time for filing dispositional papers in this action to December 11, 2009. The parties' settlement agreement provides for certain deadlines in early December 2009, and the parties therefore seek extra time before filing dispositional documents to meet such deadlines. The undersigned stipulate and agree to notify the Court should those deadlines not be met on or before December 11, 2009. The undersigned further stipulate and agree that parties intend for the Court to retain jurisdiction to enforce the parties' settlement agreement reflecting the settlement of this action.

IT IS SO STIPULATED.

Dated: November__, 2009            MENNEMEIER, GLASSMAN & STROUD LLP
                                   KENNETH C. MENNEMEIER
                                   STEPHEN LAU


                            By:        /s/
                                   Kenneth C. Mennemeier, Attorneys for Defendants
                                   John Mayo, Cadela Steel, Inc., and The Spectrus
                                   Group, Inc.


Dated: November __, 2009           SERLIN & WHITEFORD, LLP
                                   MARK A. SERLIN


                            By:        /s/
                                   Mark A. Serlin, Attorneys for Defendant/Cross-
                                   Complainant JD2, Inc.


Dated: November __, 2009           PHILLIPS, ERLEWINE & GIVEN LLP
                                   DAVID M. GIVEN
                                   FEATHER D. BARON


                            By:        /s/
                                   Feather D. Baron, Attorneys for Plaintiff/Cross-
                                   Defendant Canam Steel Corporation

<u>ORDER</u>

Pursuant to stipulation, and good cause having been shown,

IT IS HEREBY ORDERED THAT all future calendar dates are vacated, including the Motions for Judgment on the Pleadings set for hearing on November 12, 2009 (Docket Nos. 52 and 53). The parties are directed to file all dispositional papers in this action on or before December 11, 2009.

IT IS SO ORDERED.

Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE