DAVID M. GIVEN (State Bar No. 142375)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANAM STEEL CORPORATION, a Delaware corporation, for itself and derivatively for JD2, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN MAYO, an individual; CADELA STEEL, INC., a California corporation; JD2, INC., a California corporation; and THE SPECTRUS GROUP, INC.,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTON | CASE NO. 2:09-cv-00672-MCE-KJM<br><br>REPORT RE: STATUS OF SETTLEMENT;<br>ORDER<br><br>Action Filed: March 11, 2009 |

1  REPORT RE: STATUS OF SETTLEMENT

2      The parties have reached a binding settlement in mediation of this action and are in
3  the process of preparing settlement documentation.  The parties are continuing to work
4  towards finalizing such documentation.  Plaintiff therefore requests that the Court extend
5  the time for filing dispositional papers in this action from December 11, 2009 to
6  December 30, 2009.

7

8  Dated: December 11, 2009        PHILLIPS, ERLEWINE & GIVEN LLP

9

10

11  By:      /s/ - Feather D. Baron
         Feather D. Baron, Attorneys for Plaintiff/Cross-
         Defendant Canam Steel Corporation

## ORDER

Good cause having been shown,

IT IS HEREBY ORDERED THAT the parties shall file all dispositional papers in this action on or before December 30, 2009.

IT IS SO ORDERED.

Dated: December 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE