NICHOLAS A. CARLIN (State Bar No. 112532)
DAVID M. GIVEN (State Bar No. 142375)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff/Cross-Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANAM STEEL CORPORATION, a Delaware corporation, for itself and derivatively for JD2, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAYO, an individual; CADELA STEEL, INC., a California corporation; JD2, INC., a California corporation; and THE SPECTRUS GROUP, INC.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO. 2:09-cv-00672-MCE-KJM<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Action Filed: March 11, 2009 |

<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Plaintiff Canam Steel Corporation and defendants John Mayo, Cadela Steel, Inc., JD2, Inc. and The Spectrus Group, Inc. have reached a settlement of all claims and cross-claims in the above-captioned action, the terms of which are detailed in that certain Stipulation for Settlement (the "Settlement Agreement") dated October 30, 2009, Reference No. 1100059823.

Accordingly, the undersigned, being counsel of record for the respective parties in this action, hereby request, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), that this

Court enter a final order dismissing this action in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

The undersigned further request that the Court retain post-dismissal jurisdiction to enforce the Settlement Agreement.

IT IS SO STIPULATED.

Dated: December_31_, 2009           MENNEMEIER, GLASSMAN & STROUD LLP
                                    KENNETH C. MENNEMEIER
                                    STEPHEN LAU


                              By:   _____/s/_____
                                    Kenneth C. Mennemeier, Attorneys for Defendants
                                    John Mayo, Cadela Steel, Inc., and The Spectrus Group, Inc.

Dated: December _29_, 2009          SERLIN & WHITEFORD, LLP
                                    MARK A. SERLIN


                              By:   _____/s/_____
                                    Mark A. Serlin, Attorneys for Defendant/Cross-Complainant JD2, Inc.


Dated: December _31_, 2009          PHILLIPS, ERLEWINE & GIVEN LLP
                                    DAVID M. GIVEN
                                    FEATHER D. BARON


                              By:   _____/s/_____
                                    David M. Given, Attorneys for Plaintiff/Cross-Defendant Canam Steel Corporation

## ORDER

Pursuant to stipulation, good cause having been shown,

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs, and that the Court shall retain post-dismissal jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

DATED: January 6, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE